265 So.2d 147

In re Judith A. EVANS, formerly known as Judith A. Spake

v.

Cornelius H. WILKES and Aleta D. Wilkes.

Ex parte Judith A. Evans, formerly known as Judith A. Spake.

I Div. 743.

Supreme Court of Alabama.

July 27, 1972.

Matranga, Hess & Sullivan, Mobile, for petitioner.

Taylor D. Wilkins, Jr., Bay Minette, for respondent.

McCALL, Justice.

Petition of Judith A. Evans, formerly known as Judith A. Spake, for Certiorari to the Court of Civil Appeals to review

and revise the judgment and decision of that Court in Evans v. Wilkes, 48 Ala.App. ——, 265 So.2d 145.

Writ denied.

HEFLIN, C. J., and MERRILL, COLEMAN and BLOODWORTH, JJ., concur.